# EXHIBIT "D"

ANTONIO RAMOS                                 Account ▮▮▮▮▮▮853        Page 4 of 8        010/R1/04F016
                                              Statement Period -  Dec 9 - Jan 7, 2020

**CHECKING ACTIVITY**                                                                          **Continued**

| Date  | Description | Amount Subtracted | Amount Added | Balance |
|-------|-------------|-------------------|--------------|---------|
| 12/24 | Debit Card Purchase 12/20 08:00a #7095<br>UBER   TRIP       8005928996   CA 19355<br>Misc Transportation | 57.08 | | |