# EXHIBIT A

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

ROBERT RICHARDSON, JUAN GUZMAN & ADAM )
EURICH Individually, Collectively and On Behalf of All )
Others Similarly Situated, Pursuant to 29 U.S.C. §216, )
v. ) Case No.: 9:21-cv-80803- WM
)
FLORIDA DRAWBRIDGES INC., d/b/a FDI )
SERVICES, ERIC OBEL & LAURA PORTER, )

## BILL OF COSTS

Judgment having been entered in the above entitled action on 7/11/2022 against Defendants,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ........................................................ | $ 402.00 |
| Fees for service of summons and subpoena ................................... | 240.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 746.18 |
| Fees and disbursements for printing ......................................... | |
| Fees for witnesses *(itemize on page two)* ...................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case........................................ | |
| Docket fees under 28 U.S.C. 1923 .......................................... | |
| Costs as shown on Mandate of Court of Appeals ............................... | |
| Compensation of court-appointed experts .................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ............................................... | |
| **TOTAL** | **$ 1,388.18** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid
☐ Other:

s/ Attorney: *George E. Dahdal*
Name of Attorney: GEORGE E. DAHDAL
For: Robert Richardson, Juan Guzman, & Adam Eurich.    Date: 8/5/22
Name of Claiming Party

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court            Deputy Clerk            Date

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Anny Erazo**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 3, 2021 12:42 PM |
| **To:** | Anny Erazo |
| **Subject:** | Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Categories:** | Orange category |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 3910250
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: AFLSDC-14654557
Approval Code: 184856
Card Number: *************1171
Date/Time: 05/03/2021 12:42:16 ET

NOTE: This is an automated message. Please do not reply



**INVOICE**

Invoice #ABV-2021001489
5/13/2021



Send Payments To:
On Time Legal Services, a Division of OTD
3620 NE 5th Avenue
Oakland Park, FL 33334
Phone: (954) 564-5447
Fax: (866) 680-2333
65-073-3391

Joshua Sheskin
Lubell & Rosen, LLC
200 S Andrews Avenue
Ste 900
Fort Lauderdale, FL 33301

Your Contact: Anny Erazo
**Case Number: 9:21-CV-80844**

Plaintiff:
**ROBERT RICHARDSON, Individually and on behalf of all others similarly situated pursuant to 29 U.S.C. 216**

Defendant:
**FLORIDA DRAWBRIDGES INC d/b/a FDI SERVICES; ERIC OBEL; & LAURA PORTER**

Received: 5/11/2021   Served: 5/12/2021 6:40 pm  INDIVIDUAL/PERSONAL
To be served on: Eric Obel

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Summons Service in Miami-Dade/Broward/Palm Beach | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:** $40.00

Please make checks payable to On Time Legal Services.
Invoices are due upon receipt. Invoices are considered current if paid on or before the 15th of the following month of the invoice date.

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1k



**INVOICE**

Invoice #ABV-2021001490
5/11/2021



Send Payments To:
On Time Legal Services, a Division of OTD
3620 NE 5th Avenue
Oakland Park, FL 33334
Phone: (954) 564-5447
Fax: (866) 680-2333
65-073-3391

Joshua Sheskin
Lubell & Rosen, LLC
200 S Andrews Avenue
Ste 900
Fort Lauderdale, FL 33301

Your Contact: Anny Erazo
**Case Number: 9:21-CV-80844**

Plaintiff:
**ROBERT RICHARDSON, Individually and on behalf of all others similarly situated pursuant to 29 U.S.C. 216**

Defendant:
**FLORIDA DRAWBRIDGES INC d/b/a FDI SERVICES; ERIC OBEL; & LAURA PORTER**

Received: 5/11/2021    Served: 5/11/2021 3:38 pm  INDIVIDUAL/PERSONAL
To be served on: Laura Porter

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Summons Service in Miami-Dade/Broward/Palm Beach | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:** $40.00

Please make checks payable to On Time Legal Services.
Invoices are due upon receipt.  Invoices are considered current if paid on or before the 15th of the following month of the invoice date.

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1k



**INVOICE**



Invoice #ABV-2021001491
5/11/2021

Send Payments To:
On Time Legal Services, a Division of OTD
3620 NE 5th Avenue
Oakland Park, FL 33334
Phone: (954) 564-5447
Fax: (866) 680-2333
65-073-3391

Joshua Sheskin
Lubell & Rosen, LLC
200 S Andrews Avenue
Ste 900
Fort Lauderdale, FL 33301

Your Contact: Anny Erazo
**Case Number: 9:21-CV-80844**

Plaintiff:
**ROBERT RICHARDSON, Individually and on behalf of all others similarly situated pursuant to 29 U.S.C. 216**

Defendant:
**FLORIDA DRAWBRIDGES INC d/b/a FDI SERVICES; ERIC OBEL; & LAURA PORTER**

Received: 5/11/2021   Served: 5/11/2021 3:38 pm   CORPORATE - REGISTERED AGENT
To be served on: Florida Drawbridges, Inc. r/a Laura Porter

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Summons Service in Miami-Dade/Broward/Palm Beach | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:**   $40.00

Please make checks payable to On Time Legal Services.
Invoices are due upon receipt. Invoices are considered current if paid on or before the 15th of the following month of the invoice date.

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1k



**INVOICE**

Invoice #ABV-2021001908
6/4/2021



Send Payments To:
**On Time Legal Services, a Division of OTD**
3620 NE 5th Avenue
Oakland Park, FL 33334
Phone: (954) 564-5447
Fax: (866) 680-2333
65-073-3391

Joshua Sheskin
Lubell & Rosen, LLC
200 S Andrews Avenue
Ste 900
Fort Lauderdale, FL 33301

Your Contact: Anny Erazo
**Case Number: 9:21-CV-80803-DMM**

Plaintiff:
**ROBERT RICHARDSON; JUAN GUZMAN; & ADAM EURICH**

Defendant:
**FLORIDA DRAWBRIDGES INC D/B/A FDI SERVICES; ERIC OBEL; & LAURA PORTER**

Received: 5/26/2021   Served: 6/3/2021 3:50 pm   INDIVIDUAL/PERSONAL
To be served on: Laura Porter

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Summons Service in Miami-Dade/Broward/Palm Beach | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:**                                                                                      $40.00

Please make checks payable to On Time Legal Services.
Invoices are due upon receipt.  Invoices are considered current if paid on or before the 15th of the following month of the invoice date.

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1k



**INVOICE**

Invoice #ABV-2021001911
6/3/2021



**Send Payments To:**
On Time Legal Services, a Division of OTD
3620 NE 5th Avenue
Oakland Park, FL 33334
Phone: (954) 564-5447
Fax: (866) 680-2333
65-073-3391

Joshua Sheskin
Lubell & Rosen, LLC
200 S Andrews Avenue
Ste 900
Fort Lauderdale, FL 33301

Your Contact: Anny Erazo
**Case Number: 9:21-CV-80803-DMM**

Plaintiff:
**ROBERT RICHARDSON; JUAN GUZMAN; & ADAM EURICH**

Defendant:
**FLORIDA DRAWBRIDGES INC D/B/A FDI SERVICES; ERIC OBEL; & LAURA PORTER**

Received: 5/26/2021   Served: 6/2/2021 6:20 pm   INDIVIDUAL/PERSONAL
To be served on: Eric Obel

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Summons Service in Miami-Dade/Broward/Palm Beach | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:** $40.00

Please make checks payable to On Time Legal Services.
Invoices are due upon receipt. Invoices are considered current if paid on or before the 15th of the following month of the invoice date.

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1k



**INVOICE**

Invoice #ABV-2021001909
6/4/2021



Send Payments To:
On Time Legal Services, a Division of OTD
3620 NE 5th Avenue
Oakland Park, FL 33334
Phone: (954) 564-5447
Fax: (866) 680-2333
65-073-3391

Joshua Sheskin
Lubell & Rosen, LLC
200 S Andrews Avenue
Ste 900
Fort Lauderdale, FL 33301

Your Contact: Anny Erazo
**Case Number: 9:21-CV-80803-DMM**

Plaintiff:
**ROBERT RICHARDSON; JUAN GUZMAN; & ADAM EURICH**

Defendant:
**FLORIDA DRAWBRIDGES INC D/B/A FDI SERVICES; ERIC OBEL; & LAURA PORTER**

Received: 5/26/2021   Served: 6/3/2021 3:50 pm   CORPORATE
To be served on: Florida Drawbridges Inc. by serving registered agent Laura Porter

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Summons Service in Miami-Dade/Broward/Palm Beach | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:**                                                                 $40.00

Please make checks payable to On Time Legal Services.
Invoices are due upon receipt. Invoices are considered current if paid on or before the 15th of the following month of the invoice date.

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1k

# INVOICE

1 of 1



888 East Las Olas Boulevard, Suite 508, Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20448518 | 5/2/2022 | 543408 |
| **Job Date** | **Case No.** | |
| 4/28/2022 | 9:21-cv-80844-WM / 9:21-cv-80803-WM | |
| **Case Name** | | |
| Antonio Ramos vs. Florida Drawbridges Inc | | |
| **Payment Terms** | | |
| Due upon receipt | | |

George Eid Dahdal, Esq.
Lubell & Rosen- Fort Lauderdale
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Deposition of :
   Laura Porter

| | | | | |
|---|---|---|---|---|
| Appearance Fee: First Hour | 1.00 Hours | @ | 95.000 | 95.00 |
| Appearance Fee: Each Additional Hour | 2.00 Hours | @ | 50.000 | 100.00 |
| **FREE Zoom** | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | **$195.00** |

Location of Job   : Lubell & Rosen- Fort Lauderdale
                        200 S. Andrews Avenue
                        Suite 900
                        Fort Lauderdale, FL 33301

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client. Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$195.00** |

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

George Eid Dahdal, Esq.
Lubell & Rosen- Fort Lauderdale
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Job No.      : 543408              BU ID       : Digi Other
Case No.    : 9:21-cv-80844-WM / 9:21-cv-80803-WM
Case Name : Antonio Ramos vs. Florida Drawbridges Inc

Invoice No. : 20448518          Invoice Date : 5/2/2022
**Total Due   : $195.00**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Universal Court Reporting, Inc.**
            Phone: 954-712-2600
            Fax: 954-779-2800
            888 E. Las Olas Blvd. Suite 508
            Fort Lauderdale, FL 33301

# INVOICE

1 of 1

**UNIVERSAL COURT REPORTING**
THE FREE VIDEO COMPANY

888 East Las Olas Boulevard, Suite 508, Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20451752 | 5/23/2022 | 543408 |
| **Job Date** | **Case No.** ||
| 4/28/2022 | 9:21-cv-80844-WM / 9:21-cv-80803-WM ||
| **Case Name** |||
| Antonio Ramos vs. Florida Drawbridges Inc |||
| **Payment Terms** |||
| Due upon receipt |||

Joshua H. Sheskin, Esq.
Lubell & Rosen- Fort Lauderdale
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Original & One Certified Transcript of Deposition:

| | | | | | |
|---|---|---|---|---|---|
| Laura Porter- | 100.00 | Pages | @ | 3.850 | 385.00 |
| B & W Exhibit Copy, Scan, Storage | 63.00 | Pages | @ | 0.600 | 37.80 |
| **FREE E-tran** | **1.00** | | **@** | **0.000** | **0.00** |
| **FREE Video** | **1.00** | | **@** | **0.000** | **0.00** |
| **FREE Zoom** | **1.00** | | **@** | **0.000** | **0.00** |
| Litigation Support Package | 1.00 | | @ | 35.000 | 35.00 |
| Electronic Processing/Archival/Delivery (O&1) | 1.00 | | @ | 15.000 | 15.00 |
| **TOTAL DUE >>>** | | | | | **$472.80** |

Location of Job : Lubell & Rosen- Fort Lauderdale
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client. Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

Tax ID: 26-3522685

*Please detach bottom portion and return with payment.*

Joshua H. Sheskin, Esq.
Lubell & Rosen- Fort Lauderdale
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Job No.    : 543408            BU ID       : Digi Other
Case No.   : 9:21-cv-80844-WM / 9:21-cv-80803-WM
Case Name  : Antonio Ramos vs. Florida Drawbridges Inc

Invoice No. : 20451752         Invoice Date : 5/23/2022
**Total Due : $472.80**

Remit To: **Universal Court Reporting, Inc.**
Phone: 954-712-2600
Fax: 954-779-2800
888 E. Las Olas Blvd. Suite 508
Fort Lauderdale, FL 33301

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 2

**UNIVERSAL COURT REPORTING**
THE FREE VIDEO COMPANY

888 East Las Olas Boulevard, Suite 508, Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20451007 | 5/18/2022 | 543410 |
| **Job Date** | **Case No.** ||
| 4/29/2022 | 9:21-cv-80844-WM / 9:21-cv-80803-WM ||
| **Case Name** |||
| Antonio Ramos vs. Florida Drawbridges Inc |||
| **Payment Terms** |||
| Due upon receipt |||

Joshua H. Sheskin, Esq.
Lubell & Rosen- Fort Lauderdale
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Original & One Certified Transcript of Deposition:

| | | | | | |
|---|---:|---|---|---:|---:|
| John Matthews | 131.00 | Pages | @ | 3.850 | 504.35 |
| Appearance Fee: First Hour | 1.00 | Hours | @ | 95.000 | 95.00 |
| Appearance Fee: Each Additional Hour | 3.00 | Hours | @ | 50.000 | 150.00 |
| B & W Exhibit Copy, Scan, Storage | 42.00 | Pages | @ | 0.600 | 25.20 |
| **FREE E-tran** | **1.00** | | @ | **0.000** | **0.00** |
| **FREE Video** | **1.00** | | @ | **0.000** | **0.00** |
| **FREE Zoom** | **1.00** | | @ | **0.000** | **0.00** |
| Litigation Support Package | 1.00 | | @ | 35.000 | 35.00 |
| Electronic Processing/Archival/Delivery (O&1) | 1.00 | | @ | 15.000 | 15.00 |
| **TOTAL DUE   >>>** | | | | | **$824.55** |

Location of Job : Lubell & Rosen- Fort Lauderdale
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Tax ID: 26-3522685

*Please detach bottom portion and return with payment.*

Joshua H. Sheskin, Esq.
Lubell & Rosen- Fort Lauderdale
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Job No.      : 543410            BU ID         : Digi Other
Case No.     : 9:21-cv-80844-WM / 9:21-cv-80803-WM
Case Name    : Antonio Ramos vs. Florida Drawbridges Inc

Invoice No.  : 20451007          Invoice Date  : 5/18/2022
**Total Due** : **$824.55**

Remit To: **Universal Court Reporting, Inc.**
Phone: 954-712-2600
Fax: 954-779-2800
888 E. Las Olas Blvd. Suite 508
Fort Lauderdale, FL 33301

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

2 of 2

**UNIVERSAL COURT REPORTING**
THE FREE VIDEO COMPANY

888 East Las Olas Boulevard, Suite 508, Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20451007 | 5/18/2022 | 543410 |
| **Job Date** | **Case No.** | |
| 4/29/2022 | 9:21-cv-80844-WM / 9:21-cv-80803-WM | |
| **Case Name** | | |
| Antonio Ramos vs. Florida Drawbridges Inc | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joshua H. Sheskin, Esq.
Lubell & Rosen- Fort Lauderdale
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client. Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Joshua H. Sheskin, Esq.
Lubell & Rosen- Fort Lauderdale
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Job No.     : 543410          BU ID     : Digi Other
Case No.    : 9:21-cv-80844-WM / 9:21-cv-80803-WM
Case Name   : Antonio Ramos vs. Florida Drawbridges Inc

Invoice No. : 20451007        Invoice Date : 5/18/2022
**Total Due** : **$824.55**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Universal Court Reporting, Inc.**
           Phone: 954-712-2600
           Fax: 954-779-2800
           888 E. Las Olas Blvd. Suite 508
           Fort Lauderdale, FL 33301