UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80803-MATTHEWMAN

ROBERT RICHARDSON,
JUAN GUZMAN, and ADAM EURICH,
individually, collectively, and on
behalf of all others similarly situated,
pursuant to 29 U.S.C. § 216,

    Plaintiffs,

v.

FLORIDA DRAWBRIDGES INC.,
d/b/a FDI SERVICES, *et al.*,

    Defendants.
_____/

FILED BY KJZ D.C.
Aug 16, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## JUDGMENT

Pursuant to the Order Granting in Part and Denying in Part Plaintiffs' Unopposed Memorandum in Support of Bill of Costs [DE 67], it is hereby **ORDERED** that judgment is entered in favor of Plaintiffs Robert Richardson, Juan Guzman, and Adam Eurich, and against Defendants Florida Drawbridges Inc. d/b/a FDI Services, Laura Porter, and Eric Obel, jointly and severally, in the amount of $1,306.68 in costs, plus post-judgment interest at the statutory rate per 28 U.S.C. § 1961, for which let execution issue.

**ORDERED and ADJUDGED** in chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of August 2022.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge