UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80803-MATTHEWMAN

ROBERT RICHARDSON,
JUAN GUZMAN, and ADAM EURICH,
individually, collectively, and on
behalf of all others similarly situated,
pursuant to 29 U.S.C. § 216,

    Plaintiffs,

v.

FLORIDA DRAWBRIDGES INC.,
d/b/a FDI SERVICES, *et al.*,

    Defendants.
_____/

## JUDGMENT ON ATTORNEYS' FEES

Pursuant to the Order Granting in Part and Denying in Part Plaintiffs' Verified Motions for Attorneys' Fees [DE 75], it is hereby **ORDERED** that judgment is entered in favor of Plaintiffs Robert Richardson, Juan Guzman, and Adam Eurich, and against Defendants Florida Drawbridges Inc. d/b/a FDI Services, Laura Porter, and Eric Obel, jointly and severally, in the amount of $49,043.75 in attorneys' fees, plus post-judgment interest at the statutory rate per 28 U.S.C. § 1961, for which let execution issue.

**ORDERED and ADJUDGED** in chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of February 2023.

                                                            WILLIAM MATTHEWMAN
                                                            United States Magistrate Judge